IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 17 CV 50247 |
| v. | ) ) | Magistrate Judge Iain D. Johnston |
| Airdronic Test & Balance, Inc., | ) ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

Motion hearing held on February 15, 2018. Defendant was not present. Before the Court is Plaintiff's Motion for Default Judgment. Dkt. 20. On August 18, 2017, Plaintiff filed a complaint against Defendant alleging that it failed to make timely payments of contributions to Plaintiff pursuant to a Memorandum of Agreement signed by Defendant and Local Union No. 219.

On October 10, 2017, the Clerk entered an order of default against Defendant for failing to answer or otherwise defend. Dkt. 12. Plaintiff now seeks a default judgment against Defendant for its unpaid contributions and late fees accrued in January 2014 and intermittently thereafter. Dkt. 20. Plaintiff seeks a judgment in the amount of $21,603.70, comprised of $18,493.70 in unpaid contributions and liquidated damages and $3,110 in attorneys' fees and costs. Plaintiff has provided proper notice to Defendant by regular and certified mail. Dkt. 21. Plaintiff's counsel has also represented to the Court that it received the green card, which was signed by Defendant's registered agent. To date, Defendant has not appeared or responded to the Motion.

Accordingly, it is this Court's Report and Recommendation that Plaintiff's motion for default judgment [20] be entered in favor of Plaintiff and against Defendant in the amount of $21,603.70. Any objection to this Report and Recommendation shall be filed by March 1, 2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Dated: February 15, 2018   By: _____
Iain D. Johnston
United States Magistrate Judge