## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No: 17 C 50247 |
| Airdronic Test & Balance, Inc., | ) ) ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## **ORDER**

Before the court is a report and recommendation ("R&R") [23] from the magistrate judge that this court grant plaintiff's motion for entry of default judgment [20] in favor of plaintiff and against defendant in the amount of $21,603.70. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants plaintiff's motion for entry of default judgment. Default judgment will enter against defendant in the amount of $21,603.70. This case is closed.

Date: 3/5/2018                        ENTER:

                                                            _____
                                                            FREDERICK J. KAPALA

                                                            District Judge